[No. 6679–3–II.  Division Two.  July 3, 1984.]

SUBARU NORTHWEST, INC., *Appellant,* v. THE
DEPARTMENT OF REVENUE, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 79–2–01217–1, Carol A. Fuller, J., entered February 22, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[Nos. 6286–1–II; 6242–9–II;   Division Two.            July 3, 1984.]
6372–7–II.

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
O'NEAL SAWYER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. TED
WARREN GARCEAU, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. CARLO
V. SPATARI, *Appellant.*

Appeals from judgments of the Superior Court for Lewis County, No. CR 82–6384, David R. Draper, J., entered April 1, March 19, and June 3, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 6373–5–II.  Division Two.  July 3, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
K. GOVE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 82–1–00086–8, J. Dean Morgan, J., entered May 26, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Langsdorf, J. Pro Tem.